TOLEDO BAR ASSOCIATION *v.* RUST.

[Cite as *Toledo Bar Assn. v. Rust* (1996), 74 Ohio St.3d 635.]

(No. 95–2128—Submitted December 6, 1995—Decided February 28, 1996.)

*Joseph L. Wittenberg; Paul D. Giha; Frank W. Cubbon, Jr. & Associates* and *Guy T. Barone,* for relator.

*Marshall & Melhorn* and *Richard M. Kerger,* for respondent.

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct, but we consider public reprimand a sufficient sanction. Respondent is therefore publicly reprimanded for his violations of DR 5–105(A) and (B) and 9–102(A). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS and RESNICK, JJ., not participating.